UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| BILLY FRAZIER, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>T AUGUSTINE, et al., )<br>)<br>Defendants. )<br>)<br>) | No. 14 cv 32 EJM<br><br>ORDER |

This matter is before the court on plaintiff's unresisted motion to dismiss. Denied as moot.

Plaintiff brought this case under 42 U.S.C. §1983. Jurisdiction based on 28 U.S.C. §1331. Judgment for defendants was previously entered on December 29, 2014.

It is therefore

ORDERED

Denied as moot.

March 23, 2015

_Edward J. McManus_
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT